FILED FEB6'26PM3:31
MDGA-MAC

(9/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

## Middle District of Georgia

Appendix A

Michael Joel Rozier

_____

_Plaintiff(s)_

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Hon. James C.Garner, State Court Judge of Treutlen County
Trooper Rusty Stewart badge # 0644
Paul Calhoun, Solicitor Judge

_____

_Defendant(s)_

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Michael Joel Rozier
Street Address      7040 Peake Rd N#26717
City and County     Macon, Bibb
State and Zip Code   Georgia, 31210
Telephone Number
E-mail Address      mjrozier0@gmail.com

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

20

(9/16) Complaint for a Civil Case

Defendant No. 1
    Name — Paul Calhoun
    Job or Title (if known) — Solicitor General of Treutlen County State Court
    Street Address — 4097 W MAin St
    City and County — Soperton, Treutlen
    State and Zip Code — gia, 30457
    Telephone Number
    E-mail Address (if known)

Defendant No. 2
    Name — Hon. James C. Garner
    Job or Title (if known) — State Court Judge of Treutlen County
    Street Address — 639 Second St South Suite 301
    City and County — Soperton, Treutlen
    State and Zip Code — Gerorgia, 30457
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name — Rusty Stewart
    Job or Title (if known) — Troopoer Badge# 0644, Georgia State Patrol
    Street Address — Public Safety Department 994 U.S. Hwy 1 N.
    City and County — Swainsboro, Emanuel
    State and Zip Code — Georgia, 30401
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

21

(9/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question                        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

not limited to 28 U.S.C 1331(Federal question jurisdiction), 42 U.S.C. 1983 (Deprivation of rights under color of law) 42 U.S.C. 1985(Conspiracy to interfere with civil rights) 28 U.S.C. 1446 (Effect of removal-state court shall proceed no further), 28 U.S.C.1651(All writs Act), Constitutional provisions at issue includes 1st amend(right to petition government for redress of grievances) 4th amend. (unreasonable seizure of property and person)5th amend  (deprivation of liberty and property without due process) 6th amend, 8th amend. 13th and 14th amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

    b.    If the defendant is a corporation

22

(9/16) Complaint for a Civil Case

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about September 8, 2024, Plaintiff Michael Joel Rozier was stopped in Treutlen County, GA by Trooper Rusty Stewart (Badge#0644, Georgia State Patrol). 2. Plaintiff was cited, detained, and his automobile was towed. Plaintiff was later required to appear in the State Court of Treutlen County where proceedings were conducted by Hon. James C. Garner with prosecution by Paul Calhoun, Solicitor General of Treutlen County. 3. Plaintiff alledges that these actions were taken without lawful jurisdiction, without proper consideration of filings submitted plaintiff, and in a manner that deprived Plaintiff of liberty and property without due process. 4. Plaintiff further alledges that the state officials proceeded despite notice that the matter had been removed to federal court and that continued scheduling of state proceedings caused ongoing harm, including threats of bond forfeiture and arrest. 5. Each defendant acted under the color of State law and participated directly or indirectly in conduct that violated Plaintiff's federally protected rights.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Declare that federal jurisdiction properly attaches to this matter. 2. Prohibit the State Court of Treutlen County and its officers from proceeding further. 3. Award compensatory damages in the amount of $2,000,000.00 for deprivation of rights, reputational harm, and emotional distress. 4. Award punitive damages as permitted by law; 5. Grant such other relief as the court deems just and proper. Plaintiff alledges that the violations described are continuing and cause ongoing harm.

_____

_____

_____

23

3. **Hon. James C. Garner** – Respondent, State Court Judge of Treutlen County

4. **Paul Calhoun** – Respondent, Solicitor General of Treutlen County

5. **Trooper Rusty Stewart, Badge #0644** – Respondent, Georgia State Patrol, Post 19

**Counsel for Respondents (as identified in state proceedings):**

6. **Richard K. Strickland** – Counsel for Respondents

7. **Sean K. Scally** – Counsel for Respondents

8. **BRBCSW Law Firm** – Counsel for Respondents

Petitioner is not aware of any other persons or entities that have a direct financial or legal interest in the outcome of this case.

## II. CORPORATE DISCLOSURE STATEMENT

Petitioner **Michael Joel Rozier** is a natural person and **does not have a parent corporation**, nor does any publicly held corporation own **10% or more** of any interest associated with the Petitioner.

To the best of Petitioner's knowledge, **none of the Respondents** listed above have a parent corporation or publicly held company owning **10% or more** of their interest that would require disclosure under Federal Rule of Civil Procedure 7.1.

Petitioner will promptly file a supplemental Certificate if additional interested persons or entities are identified.

Respectfully submitted,

*Michael Joel Rozier*

Michael Joel Rozier
Petitioner, Pro Se
7040 North Peake Road, #26716
Macon, GA 31210
Email: mjrozier0@gmail.com

Date: Febuary 6 2026

## IX. DEMAND FOR RELIEF

WHEREFORE, Petitioner respectfully demands that this Court:

1. ISSUE a **Writ of Prohibition** restraining Respondents from any further action;

2. DECLARE all actions taken without jurisdiction **void ab initio**;

3. ENJOIN Respondents from enforcing or continuing proceedings;

4. AWARD **$2,000,000** in damages for:

   - Misrepresentation and defamation of character

   - Forced racial classification

   - Involuntary servitude

   - Deprivation of rights under color of law

5. GRANT any further relief this Court deems just and proper.

Respectfully submitted,

Michael Joel Rozier
7040 North Peake Road #26716
Macon, GA 31210
Email: mjrozier0@gmail.com

Date: 2/6/2026

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing **Petition for Writ of Prohibition** upon the following Respondents by **U.S. Mail / Certified Mail / FedEx** (as applicable), addressed as follows:

- **State of Georgia**
- **Hon. James C. Garner**, State Court Judge, Treutlen County
- **Paul Calhoun**, Solicitor General, Treutlen County
- **Trooper Rusty Stewart**, Badge #0644, Georgia State Patrol, Post 19

Service was made on this 6 day of February, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

**Michael Joel Rozier**
Petitioner, Pro Se
Signature:

## IX. DEMAND FOR RELIEF

WHEREFORE, Petitioner respectfully demands that this Court:

1. ISSUE a **Writ of Prohibition** restraining Respondents from any further action;

2. DECLARE all actions taken without jurisdiction **void ab initio**;

3. ENJOIN Respondents from enforcing or continuing proceedings;

4. AWARD **$2,000,000** in damages for:

   o Misrepresentation and defamation of character

   o Forced racial classification

   o Involuntary servitude

   o Deprivation of rights under color of law

5. GRANT any further relief this Court deems just and proper.

Respectfully submitted,

**Michael Joel Rozier**
7040 North Peake Road #26716
Macon, GA 31210
Email: mjrozier0@gmail.com

Date: 2/6/2026

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing **Petition for Writ of Prohibition** upon the following Respondents by **U.S. Mail / Certified Mail / FedEx** (as applicable), addressed as follows:

- **State of Georgia**
- **Hon. James C. Garner**, State Court Judge, Treutlen County
- **Paul Calhoun**, Solicitor General, Treutlen County
- **Trooper Rusty Stewart**, Badge #0644, Georgia State Patrol, Post 19

Service was made on this 6 day of February, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

CERTIFICATE OF SERVICE FORMAT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Michael Joel Roger*
(Name of pleading)

was mailed/delivered to *Judge James C. Garris* at *639 Second St. S. Suite 301 Soperton Ga.* *30457*
(Name of defendant(s) or        (Physical or E-Mail Address)
defendant's attorney)

*Michael Joel Roger*
(Signature and date)

*7040 Peake Rd N. Macon Ga. 31210*
(Address)

*(478) 390-2395*
(Phone Number)