IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MICHAEL JOEL ROZIER,                              *

          Plaintiff,                              *

v.                                                                   Case No. 5:26-cv-00055-MTT

                                  *

SOLICITOR JUDGE PAUL CALHOUN et al,

                                  *

          Defendants.                              *

_____                              *

## **J U D G M E N T**

Pursuant to this Court's Order dated June 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of June, 2026.

                         David W. Bunt, Clerk


                         s/ Raven K. Alston, Deputy Clerk